812 A.2d 478

Albert R. KNIGHTEN, Jr., Appellant,

v.

COMMONWEALTH DEPARTMENT OF CORRECTIONS, Superintendent Martin Dragovich, Record Supervisor, Jan Shingara, Appellees.

No. 72 MAP 2002.

Supreme Court of Pennsylvania.

Nov. 8, 2002.

### ORDER

PER CURIAM.

AND NOW, this 8th day of November, 2002, the above captioned appeal is quashed for failure to file a brief.

812 A.2d 478

Roger BUEHL, Appellant,

v.

COMMONWEALTH of Pennsylvania, Department of Corrections, Appellee.

No. 132 MAP 2002.

Supreme Court of Pennsylvania.

Nov. 25, 2002.

### ORDER

PER CURIAM.

AND NOW, this 25th day of November, 2002, probable jurisdiction is noted and the order appealed is affirmed.